UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATALYST LIFESTYLE LIMITED,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ELAGO CO., LTD; and ELYEL CORPORATION,<br><br>　　　　　　　　　　　Defendants. | Case No.:  22cv536-LL-MDD<br><br>**ORDER GRANTING MOTION FOR COURT DIRECTED ALTERNATIVE SERVICE ON DEFENDANT AND COUNTER CLAIMANT ELAGO CO. LTD**<br><br>**[ECF No. 24]** |
| ELAGO CO., LTD; and ELYEL CORPORATION,<br><br>　　　　　　　　　　　Counter Claimants,<br><br>v.<br><br>CATALYST LIFESTYLE LIMITED,<br><br>　　　　　　　　　　　Counter Defendant. | |

Before the Court is the Plaintiff and Counter Defendant Catalyst Lifestyle Limited's ("Catalyst") Motion for Court Directed Alternative Service on Defendant and Counter Claimant Elago Co., Ltd ("Elago") (the "Motion"). ECF No. 24. The Motion is unopposed. ECF No. 26. Having considered the Motion, the Court finds Catalyst has undertaken diligent efforts to follow the steps identified in the Hague Service Convention and

personally serve Elago and that Catalyst's proposed method of alternative service is reasonably calculated to provide Elago with actual notice of this lawsuit. *See* Fed. R. Civ. P. 4(f)(3); *Rio Properties, Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1016–17 (9th Cir. 2002) (the method of service "must be 'reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections.'"). Thus, for good cause shown, the Court **GRANTS** Catalyst's Motion as follows:

1. Plaintiff and Counter Defendant Catalyst shall serve copies of the summons and complaint on Defendant and Counter Claimant Elago by alternative service via electronic mail to Elago's United States based counsel, Ms. Sheila Mojtehedi at sheila@mojtehedi.com; and

2. Pursuant to Federal Rule of Civil Procedure 4(m), the Court extends Plaintiff and Counter Defendant Catalyst's time to complete service of process on Defendant and Counter Claimant Elago to **December 29, 2022**.

**IT IS SO ORDERED.**

Dated: November 29, 2022

_____
Honorable Linda Lopez
United States District Judge